# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| **In re: Anthony M Alexander** | ) | **Chapter 13** |
| Lesia A Betsey-Alexander | ) | |
| DEBTOR(S) | ) | 20 B  03036 |
|  | ) | **Judge David D. Cleary** |
|  | ) | |

*Notice of Motion & Certificate of Service*

**Debtors**                                              **Attorney David M Siegel**
*Anthony M Alexander Lesia A Betsey-*        *Via ECF noticing procedures*
*Alexander 8136 S Wood St*
*Chicago, IL 60620*
*Via US Mail*

On June 1**, 2020 at 2:30 p.m.** I will appear before the Honorable Judge David D. Cleary, or any judge sitting in that judge's place, and present the Trustee's Motion to Dismiss for Unreasonable Delay, a copy of which is attached.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I certify under penalty of perjury that I mailed a copy of this notice to the above listed persons by first class US mail, postage prepaid, or as otherwise indicated above on May 21, 2020.

Marilyn O Marshall, Trustee
/s/ O. Anthony Olivadoti
By: Anthony Olivadoti

Office of the Chapter 13 Trustee, Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, IL 60604
(312) 431-1300

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| **In re: Anthony M Alexander**<br>Lesia A Betsey-Alexander<br>**DEBTOR(S)** | ) Chapter 13<br>)<br>)<br>) 20 B 03036<br>) Judge David D. Cleary<br>) |

*Notice of Motion & Certificate of Service*

**Debtors**
*Anthony M Alexander Lesia A Betsey-Alexander 8136 S Wood St*
*Chicago, IL 60620*
*Via US Mail*

**Attorney David M Siegel**
*Via ECF noticing procedures*

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 02/03/2020

2. The debtor(s) have failed to resolve the pending objection(s) to the plan.

3. The debtor(s) have failed to satisfy the liquidation requirement of §1325(a)(4).

4. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

/s/ MARILN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

Office of the Chapter 13 Trustee
224 S. Michigan Ave
Suite 800
Chicago, IL  60604